1/15/15

ABEL ACOSTA
COURT OF CRIMINAL APPEALS CLERK
P.O. BOX 12308
CAPITOL STATION
AUSTIN, TEXAS 78711

42,290-03

RE: CHARLES RAY HAYES
TR. CT. NO.# 2013-839-C2A

MOTION DENIED
DATE: 2-25-15
BY: PC

Dear Abel Acosta,

Enclosed, please find my Motion Requesting permission to amend to my 11.07 application in the above TR. CT. NO.# and forward it to the Court for its consideration. Thank You.

Respectfully Submitted,

Charles R. Hayes

Charles Ray Hayes #1915796
Jester 3 Unit
3 Jester Rd.
Richmond, Tx 77406

Abel Acosta, Clerk

JAN 2 6 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

Cause No.#2013-839-C2A

EXPARTE                    § IN THE COURT OF
CHARLES RAY HAYES         § CRIMINAL APPEALS OF
Applicant                 § TRAVIS COUNTY, TEXAS
Pro-Se

MOTION REQUESTING PERMISSION
TO AMEND TO APPLICANT
HAYE'S APPLICATION FOR
A WRIT OF HABEAS CORPUS
PURSUANT TO ARTICLE 11.07

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Charles Ray Hayes, applicant in the above styled-caption cause, presents his Motion Requesting Permission To Amend his 11.07 application for a Writ of habeas corpus and will show the following below:

I.

On the 2nd day of December, 2014, my application and memorandum of law was forwarded the Court of Criminal

Appeals and was received on December 5, 2014.

## II.

Applicant request an additional 30 days to amend an additional allegation and the facts in support due to newly discovered evidence.

### Prayer

Wherefore, premises considered, Applicant prays the Court of Criminal Appeals grant him an additional 30 days to amend to his application of a writ of habeas corpus pursuant to art. 11.07 of the C.C.P. in the above styled-caption cause no.

## Unsworn Declaration

I, Charles Ray Hayes, being presently incarcerated at the Jester 3 Unit, located in Fort Bend County, Texas, do hereby declare under penalty of perjury that the foregoing is true and correct.

Signed on the 15th day of January, 2015.

_Charles R. Hayes_
Applicant-Pro-Se